No. 10,028.

ADAMS *v.* SAMPLE.

Decided April 4, 1921.

Action for damages resulting from the killing of a cow by an automobile. Judgment for plaintiff.

*Affirmed.*

*On Application for Supersedeas.*

1. APPEAL AND ERROR—*Bill of Exceptions—Instructions.* Where none of the testimony is preserved by bill of exceptions or otherwise,

the action of the trial court in refusing to give instructions will
be presumed to be proper.

2.      *Instructions Given—Presumption.* Where an instruction
given is not erroneous, so far as any proposition of law is there-
in stated, and none of the evidence is before the appellate court,
it will be presumed the instruction was properly given.

*Error to the County Court of Garfield County, Hon. R. J.
Smith, Judge.*

Mr. JOHN L. NOONAN, for plaintiff in error.

Mr. C. W. DARROW, for defendant in error.

*Department One.*

MR. JUSTICE ALLEN delivered the opinion of the court.

THIS is an action for damages sustained as the result of
the killing of a cow. The injury complained of is alleged to
be due to the negligent operation of an automobile upon a
public highway. The case was begun in a justice court,
and there are no pleadings. After two trials in the county
court, a judgment was entered for plaintiff. The defendant
brings the case here, and applies for a supersedeas.

Error is assigned to the refusal of the trial court to give
certain instructions. None of the testimony has been pre-
served by a bill of exceptions or otherwise. In the absence
of the testimony we must assume that the action of the
court in refusing the instructions was proper. *Rogers v.
Rogers,* 57 Colo. 132, 136, 140 Pac. 193.

Complaint is made of a certain instruction given, but we
do not find the same erroneous in so far as any proposition
of law is therein stated. It will be presumed, therefore,
that it was properly given. 4 C. J. 769.

Supersedeas is denied and judgment affirmed.

MR. JUSTICE TELLER, sitting for MR. CHIEF JUSTICE
SCOTT, and MR. JUSTICE WHITFORD concur.